[No. 40082-1-II.   Division Two.   February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. DEONTE JAMAR THOMPSON, *Appellant*.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮ *Affirmed* by unpublished opinion per Johanson, J., concurred in by Penoyar, C.J., and Armstrong, J.

[No. 40892-9-II.   Division Two.   February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW C. MEACHAM, *Appellant*.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮ *Reversed in part* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Worswick, A.C.J., and Johanson, J.

[No. 27535-3-III.   Division Three.   February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO GIL MENDEZ, *Appellant*.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮ *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Kulik, C.J., and Sweeney, J.

[No. 28567-7-III.   Division Three.   February 14, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY ALAN EHART, *Appellant*.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮ *Affirmed* by unpublished opinion per Korsmo, A.C.J., concurred in by Brown and Siddoway, JJ.